UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Sun Pharmaceutical Industries, Ltd., et al.   :

        Plaintiff(s),   :   Civ. 05-2391 (KSH)

    v.   :
           O R D E R

Altana Pharma AG, et al.   :

        Defendant(s).   :

The Court having been advised the plaintiff wishes to voluntarily dismiss the complaint filed in this action;

It is on this 6th day of September 2005,

O R D E R E D that the complaint filed in the above-captioned matter be and is hereby dismissed in its entirety without prejudice and without costs.

           /s/ Katharine S. Hayden
           KATHARINE S. HAYDEN, U.S.D.J.